

- John J. Scura III, Esq.
  David C. Wigfield, Esq.
- Christopher Heyer, Esq.
- David L. Stevens, Esq.
- Pietro Cammarota, Esq.

- Guillermo J. Gonzalez, Esq.
- Mark T. Matri, Esq.
  Carlos D. Martinez, Esq.
  Jamal Romero, Esq.
  Timothy J. Bartzos, Esq.

Roshni Shah, Esq.
Paul S. Evangelista, Esq.
Joseph A. Hallock, Esq. (Of Counsel)
Erich H. Kamm, Esq. (Of Counsel)

■ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney  ● Also admitted in New York  ▲ Also admitted in Pennsylvania  ♦ Also admitted in Florida

September 20, 2022

To: All Creditors

      **Re: Adjourned 341(a) Meeting of Creditors**
      **Elizabeth M. Convery**
      **Bankruptcy Case: 22-16516**

Dear Sir/Madam,

    Please be advised that the confirmation hearing in this matter has been adjourned to Tuesday, October 25, 2022, at 02:00 pm.

    Thank you.

                                               Very truly yours,

                                               */s/ David L. Stevens*
                                               David L. Stevens

| Wayne | Secaucus | Hackensack | Newark* |
|---|---|---|---|
| 1599 Hamburg Tpke | 1 Harmon Meadow Blvd | 3 University Plaza | One Gateway Center |
| Wayne, NJ 07470 | Suite 201 | Suite 207 | Suite 2600 |
| *Mailing Address* | Secaucus, NJ 07094 | Hackensack, NJ 07601 | Newark, NJ 07102 |

*Meeting location - by appointment only.