Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–16516–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth M. Convery
    aka Elizabeth Mooney Convery
    455 Lebanon Street
    Wyckoff, NJ 07481

Social Security No.:
    xxx–xx–0732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                10/26/22
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 20, 2022
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 22-16516-SLM

Elizabeth M. Convery                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 3
Date Rcvd: Sep 20, 2022                     Form ID: 132                        Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684238 | + | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519684261 | + | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2022 20:36:07 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 20:36:18 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 20 2022 20:34:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519684236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2022 20:34:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 20 2022 20:34:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 20:36:05 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 20 2022 20:36:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2022 20:36:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2022 20:35:58 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519684241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 20, 2022 | Form ID: 132 | Total Noticed: 39

|  |  | | |
|---|---|---|---|
|  |  | Sep 20 2022 20:36:05 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:01 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 20:36:09 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 20:34:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 20:34:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + Email/Text: mrdiscen@discover.com | Sep 20 2022 20:34:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2022 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 20:36:14 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 519684252 | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2022 20:34:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 20 2022 20:35:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684255 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 20 2022 20:35:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 20 2022 20:35:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684256 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 20 2022 20:34:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 20:35:58 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 20:36:16 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 20:35:56 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519684260 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 20:34:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 132 | Total Noticed: 39 |

Date: Sep 22, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Debtor Elizabeth M. Convery dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4