| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Facsimile Number (201) 871-3161<br>Attorneys for *John Conte, Guardian for Claire Mooney, Creditor*<br><br>By:     KARL J. NORGAARD, ESQ.<br>         KN - 4764<br>Email [knorgaard@norgaardfirm.com] | Case No.:        22-16516<br><br>Chapter:          13 |
| In Re:<br><br>ELIZABETH M. CONVERY | Adv. No.:         _____<br><br>Hearing Date:   _____<br><br>Judge:              _____ |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

The undersigned represents the above-mentioned creditor herein, and hereby notices his appearance pursuant to the Federal Rule of Bankruptcy Procedure 9010, and requests service of all notices pursuant to Federal Rule of Bankruptcy Procedure 2002.

Please serve all notices, regardless of form, on:

> **NORGAARD, O'BOYLE & HANNON**
> **184 Grand Avenue**
> **Englewood, New Jersey 07631**
> **Telephone Number (201) 871-1333**

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the local rules of practice. This demand requires an additional notice and does not alleviate responsibility of any

notice previously required and/or served.  Any distributions made should be sent directly to the Secured Creditor pursuant to the filed Proof of Claim.

                              NORGAARD, O'BOYLE & HANNON
                              Attorneys for John Conte, Guardian for Claire Mooney, Creditor

                              By/s/ *Karl J. Norgaard, Esq.*
Dated: 10/7/2022                  KARL J. NORGAARD ESQ.