<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Myles M. Missirian, Esq. (066962013)
**GUAGLARDI & MELITI, LLP**
365 West Passaic Street – Suite 130
Rochelle Park, NJ 07662
**(201) 947-4100**
Attorneys for Creditor:  Guaglardi & Meliti, LLP

In Re:

    **ELIZABETH M. CONVERY,**

    Debtor.

</td><td>

Case No.: 22-16516-SLM

Judge: Hon. Stacey L. Meisel

Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

</td></tr>
</table>

PLEASE TAKE NOTICE that **GUAGLARDI & MELITI, LLP,** a Creditor of the above-captioned Debtor and a party in interest, hereby appears in the above-captioned cases, by and through its counsel, Guaglardi & Meliti, LLP.  Counsel hereby requests, pursuant to B.R. 2002 and 9010 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon:

    Myles M. Missirian, Esq.
    GUAGLARDI & MELITI, LLP
    365 West Passaic Street
    Suite 130
    Rochelle Park, NJ 07662
    Tel: 201-947-4100   Fax: 201-947-1010
    Email: mmissirian@adgmlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, not only the notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand, or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

Dated: October 10, 2022                                     Respectfully submitted,
                                                                              **GUAGLARDI & MELITI, LLP**


                                                                              /s/ Myles Missirian, Esq.
                                                                              Myles M. Missirian, Esq.