**SHAPIRO, CROLAND, REISER
APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Tele: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Creditor, Mary Stachowiak

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY |
| ELIZABETH M. CONVERY, | Chapter 13 |
| Debtor. | Case No. 22-16516(SLM) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Creditor, Mary Stachowiak pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), the undersigned requests that all notices given or required to be given in this case, be given to and served upon the undersigned at the office address and telephone and telecopier numbers set forth below:

SHAPIRO, CROLAND, REISER,
APFEL & DI IORIO, LLP
Continental Plaza II
411 Hackensack Ave., 6th Floor
Hackensack, NJ 07601
Tel:   (201) 488-3900
Fax:   (201) 488-9481
**Attn: John P. Di Iorio, Esq.**
jdiiorio@shapiro-croland.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, notices, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery,

2200777.1

telephone, telex or otherwise, which affect the Debtor or property of the Debtor.

Dated: October _19_, 2022        SHAPIRO, CROLAND, REISER,
                                 APFEL & DI IORIO, LLP
                                 Attorneys for Creditor, Mary Stachowiak

                                 By: _____
                                     John P. Di Iorio (JPD 3866)

2200777.1