UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SHAPIRO, CROLAND, REISER,
APFEL & DI IORIO, LLP**
John P. Di Iorio
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Tele: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Creditor, Mary Stachowiak

In Re:

ELIZABETH M. CONVERY,

    Debtor.

Chapter 13

Case No.: 22-16516(SLM)

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

    I certify that with respect to the Consent Order (A) Granting Mary Stachowiak Relief From The Automatic Stay Pursuant To 11 U.S.C. §362(d)(1); And (B) Extending Time For Mary Stachowiak To File A Complaint Objecting To The Dischargeability Of Her Debt Pursuant To F.R.B.P. 4007(c) submitted to the Court, the following conditions have been met:

    (a) The terms of the consent order are identical to those set forth in the original consent order;

    (b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

    (c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

    (d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

2201401.1

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Dated: 10/26/22

_____
John P. Di Iorio, Esq.

2