| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br>  ELIZABETH M. CONVERY |



Order Filed on October 26, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-16516SLM

Hearing Date:  10/26/2022

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 26, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:   22-16516SLM

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 10/26/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,000.00 to the Trustee's office by 11/1/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's attorney; and it is further
- ORDERED, that the 341a Hearing is held open pending further documentation to be provided and until such time as the Standing Trustee is satisfied that it may be closed; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 12/14/2022 at 8:30AM.