UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SHAPIRO, CROLAND, REISER,
 APFEL & DI IORIO, LLP
John P. Di Iorio
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Tele: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Creditor, Mary Stachowiak

Order Filed on October 27, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH M. CONVERY,

Debtor.

Chapter 13

Case No.: 22-16516(SLM)

**CONSENT ORDER: (A) GRANTING MARY STACHOWIAK RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1); AND (B) EXTENDING TIME FOR MARY STACHOWIAK TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF HER DEBT PURSUANT TO F.R.B.P. 4007(c)**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: October 27, 2022

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2201457.1

Page (2)
Debtor: Elizabeth M. Convery
Case No.: 22-16516(SLM)
Caption: Consent Order: (A) Granting Mary Stachowiak Relief From The Automatic Stay Pursuant To 11 U.S.C. §362(d)(1); And (B) Extending Time For Mary Stachowiak To File A Complaint Objecting To The Dischargeability Of Her Debt Pursuant To F.R.B.P. 4007(c)

This matter having been brought before the Court by Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, counsel for creditor, Mary Stachowiak ("Mary"), for entry of an Order: (A) granting Mary limited relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) and to continue prosecution of a motion filed by Mary for the determination of liability of attorneys' fees against Elizabeth M. Convery ("Debtor") in an action captioned Mooney v. Convery, Superior Court of New Jersey, Chancery Division, Bergen County, Docket No.: BER-C-178-20 (the "Action"); and (B) for an extension of time to file a complaint objecting to the dischargeability of a debt pursuant to F.R.B.P. 4007(c); and counsel for the Debtor having consented to the entry of this Order; and Mary having filed an application in support of entry of this Consent Order; and for good cause shown; it is

ORDERED as follows:

1. To the extent provided for herein, Mary be and she hereby is granted relief from the automatic stay to continue prosecution of a motion Mary filed for attorneys' fees against Debtor in the Action;

2. Relief is granted only insofar as is necessary to determine liability and the amount of Mary's claim, if any. Collection on any award shall continue to be stayed and treated in accordance with further order of this Court.

3. Mary is granted an extension of time through January 13, 2023 to file a complaint objecting to the dischargeability of her debt against Debtor; and

4. This Order shall become effective immediately upon entry, and is not subject to a stay.

2

Page (3)
Debtor:      Elizabeth M. Convery
Case No.:    22-16516(SLM)
Caption:     Consent Order: (A) Granting Mary Stachowiak Relief From The Automatic Stay
             Pursuant To 11 U.S.C. §362(d)(1); And (B) Extending Time For Mary
             Stachowiak To File A Complaint Objecting To The Dischargeability Of Her Debt
             Pursuant To F.R.B.P. 4007(c)

---

We hereby consent to the form
and entry of the within order

SHAPIRO, CROLAND, REISER,                    SCURA, WIGFIELD, HEYER.
APFEL & DI IORIO, LLP                        STEVENS, & CAMMAROTA, LLP
Attorneys for Creditor, Mary Stachowiak      Attorneys for Debtor, Elizabeth M. Convery

By: _____                By: _____
    John P. Di Iorio                             David L. Stevens

Dated: October 26, 2022                      Dated: October 26, 2022

3

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16516-SLM
Elizabeth M. Convery  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 27, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name**      **Email Address**

Cassandra C. Norgaard
     on behalf of Creditor John Conte cnorgaard@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
     on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

David L. Stevens
     on behalf of Debtor Elizabeth M. Convery dstevens@scura.com
     ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John P. Di Iorio

District/off: 0312-2                                   User: admin                                    Page 2 of 2
Date Rcvd: Oct 27, 2022                          Form ID: pdf903                              Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Myles Missirian | on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10