**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Norgaard, O'Boyle & Hannon**
**184 Grand Avenue**
**Englewood, New Jersey 07631**
**Telephone No. 201-871-1333**
**Karl J. Norgaard, Esq., [KN – 4764]**
**knorgaard@norgaardfirm.com**
Attorneys for Creditor, John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator for the Estate of John J. Mooney

Order Filed on November 10, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH M. CONVERY,

    Debtor.

Chapter 13

Case No.: 22-16516(SLM)

**CONSENT ORDER: EXTENDING TIME FOR JOHN CONTE, ESQ. GUARDIAN FOR CLAIRE MOONEY AND DAVID REPETTO, ESQ., ADMINISTRATOR FOR THE ESTATE OF JOHN J. MOONEY TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF HER DEBT PURSUANT TO F.R.B.P. 4007(c)**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 10, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2201457.1

This matter having been brought before the Court by Norgaard, O'Boyle & Hannon, counsel for creditors, John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator of the Estate of John J. Mooney, for entry of an Order: for an extension of time to file a complaint objecting to the dischargeability of a debt pursuant to F.R.B.P. 4007(c); and counsel for the Debtor having consented to the entry of this Order; and creditors having filed an application in support of entry of this Consent Order; and for good cause shown; it is

ORDERED as follows:

1. John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator of the Estate of John J. Mooney is granted an extension of time through January 13, 2023 to file a complaint objecting to the dischargeability of their debt against Debtor; and

2. This Order shall become effective immediately upon entry.

We hereby consent to the form
and entry of the within order

NORGAARD, O'BOYLE & HANNON
Attorneys for Creditors,

By:/s/ Karl J. Norgaard, Esq.
    Karl J. Norgaard, Esq.

Dated: November 10, 2022

SCURA, WIGFIELD, HEYER.
STEVENS, & CAMMAROTA, LLP
Attorneys for Debtor, Elizabeth M. Convery

By:/s/ David L. Stevens, Esq.
    David L. Stevens, Esq.

Dated: November 10, 2022