**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Norgaard, O'Boyle & Hannon**
**184 Grand Avenue**
**Englewood, New Jersey 07631**
**Telephone No. 201-871-1333**
**Karl J. Norgaard, Esq., [KN – 4764]**
**knorgaard@norgaardfirm.com**
Attorneys for Creditor, John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator for the Estate of John J. Mooney

Order Filed on November 10, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIZABETH M. CONVERY,

    Debtor.

Chapter 13

Case No.: 22-16516(SLM)

**CONSENT ORDER: EXTENDING TIME FOR JOHN CONTE, ESQ. GUARDIAN FOR CLAIRE MOONEY AND DAVID REPETTO, ESQ., ADMINISTRATOR FOR THE ESTATE OF JOHN J. MOONEY TO FILE A COMPLAINT OBJECTING TO THE <u>DISCHARGEABILITY OF HER DEBT PURSUANT TO F.R.B.P. 4007(c)</u>**

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 10, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2201457.1

This matter having been brought before the Court by Norgaard, O'Boyle & Hannon, counsel for creditors, John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator of the Estate of John J. Mooney, for entry of an Order: for an extension of time to file a complaint objecting to the dischargeability of a debt pursuant to F.R.B.P. 4007(c); and counsel for the Debtor having consented to the entry of this Order; and creditors having filed an application in support of entry of this Consent Order; and for good cause shown; it is

ORDERED as follows:

1. John Conte, Esq., Guardian for Claire Mooney and David Repetto, Esq., Administrator of the Estate of John J. Mooney is granted an extension of time through January 13, 2023 to file a complaint objecting to the dischargeability of their debt against Debtor; and

2. This Order shall become effective immediately upon entry.

We hereby consent to the form
and entry of the within order

NORGAARD, O'BOYLE & HANNON
Attorneys for Creditors,

By:/s/ Karl J. Norgaard, Esq.
    Karl J. Norgaard, Esq.

Dated: November 10, 2022

SCURA, WIGFIELD, HEYER.
STEVENS, & CAMMAROTA, LLP
Attorneys for Debtor, Elizabeth M. Convery

By:/s/ David L. Stevens, Esq.
    David L. Stevens, Esq.

Dated: November 10, 2022

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-16516-SLM |
|---|---|
| Elizabeth M. Convery | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| David L. Stevens | on behalf of Debtor Elizabeth M. Convery dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John P. Di Iorio | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 10, 2022 | Form ID: pdf903 | Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Myles Missirian | on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com |
| Paul Evangelista | on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064 |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11