| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on December 15, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>  ELIZABETH M. CONVERY | Case No.:  22-16516SLM<br><br>Hearing Date:  12/14/2022<br><br>Judge:  STACEY L. MEISEL |

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 15, 2022**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 22-16516SLM

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 12/14/2022 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that in the event any e-payment to the Trustee is reversed, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/11/2023 at 8:30 am.