SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  ELIZABETH M. CONVERY  
455 LEBANON STREET  
WYCKOFF, NJ  07481

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-16516

### RECEIPTS AS OF 01/13/2023                              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/27/2022 | $1,000.00 | 8789312000 | 11/02/2022 | $500.00 | 8803643000 |
| 12/07/2022 | $500.00 | 8871163000 | 01/03/2023 | $500.00 | 8917585000 |

**Total Receipts: $2,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023            (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 137.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMEX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | BARCLAYS BANK/GAP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE BANK (USA) NA | UNSECURED | 10,601.24 | 0.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE/LORD & TAYLOR | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CITICARDS CITIBANK NORTH AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CLAIRE J. MOONEY | UNSECURED | 688,924.62 | 0.00% | 0.00 | 0.00 |
| 0012 | COMENITY BANK/ANN TAYLOR MASTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | COMENITY BANK/COMPANIES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | DISCOVER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | GUAGLARDI & MELITI, LLP | UNSECURED | 77,403.00 | 0.00% | 0.00 | 0.00 |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | JPMORGAN CHASE BANK CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | KOHLS/CAPONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

Chapter 13 Case # 22-16516

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | MACY'S INC./DEPARTMENT STORES NAT. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | ROCKET MORTGAGE LLC | MORTGAGE ARR | 85.09 | 0.00% | 0.00 | 0.00 |
| 0023 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | SYNCHRONY BANK/GAP, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | SYNCHRONY BANK/PAYPAL MASTERCAI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | TD BANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | TALBOTS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | WILLIAMS-SONOMA TAPS CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | CONVERY 2008 FAMILY TRUST | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | JPMORGAN CHASE BANK CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | MARY STACHOWIAK | UNSECURED | 289,312.02 | 0.00% | 0.00 | 0.00 |
| 0036 | DAVID REPETTO. ESQ. | UNSECURED | 686,308.22 | 0.00% | 0.00 | 0.00 |

**Total Paid: $137.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $2,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $137.50    =    Funds on Hand: $2,362.50

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.