Elizabeth M Convery
455 Lebanon Street
Wyckoff, NJ  07481
emooneyconvery@gmail.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 MAR -8  A 6: 25

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

February 28, 2023

United States Bankruptcy Court Division of NJ
50 Walnut Street
Suite 3017
Newark, NJ  07102

Re: case 22-16516(SLM)

To Whom This May Concern,

My name is Elizabeth Convery. I reside at 455 Lebanon Street, Wyckoff, NJ  07481. My email address is emooneyconvery@gmail.com and my phone number is 201-965-5799.  I am currently employed by Kimberley Myles as a part-time personal assistant.  I have been a stay-at-home wife and mother for the last 32 years.  I am writing this letter to inform the courts that I will need to be proceeding in the adversary portion of this case as pro se.  My attorney for the bankruptcy case informed me on Monday February 27th, that he was not representing me in this case without a $15,000 retainer.  He also informed me that the deadline for the response had passed. I respectfully request that the deadline be extended in order for me to be given the opportunity to respond.  I have attached a copy of my attorney's email.

Regards,

*Elizabeth M. Convery*
Elizabeth M Convery

= ≡ Gmail    Q Search mail        

## Adversary Proceeding  Inbox ×

**David Stevens**    Mon, Feb 27, 3:34 PM (3 days ago)
to me, Silvia, Paul

Dear Elizabeth,

Also, not that we have not been retained to represent you in the pending adversary proceeding that the deadline to file an answer has passed. No request for default has been entered yet, but the request is expected at any time. If a default is entered, the court will have discretion to vacate the default. In the absence of a responsive pleading by you, the court may grant a judgment in favor of the plaintiff without you having the opportunity to defend.

If you wish this firm to represent you in this adversary proceeding, we will need to enter into a new legal services agreement and be retained for that matter. I would require a $15,000 retainer for the engagement. I am available at your convenience, but I urge you to act promptly.

Yours Truly,

David L. Stevens, Esq.
Tel: (201) 490-4777
dstevens@scura.com



*"The highest compliment we can receive is a referral from you. Thank you for your trust!"*

7 of 11,579

Convery
455 Lebanon St
Wyckoff NJ
07481

GEMAYAX

BY DAYTES NJ 070
24 MAR 2023 PM 2 L

United States Bankruptcy Court
50 Walnut Street
Suite 3017
Newark, NJ 07102

07102-35099