

April 25, 2023

VIA EMAIL AND ECF
Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, New Jersey. 07102
Courtroom 3A

    Re:    Elizabeth Convery 22-16516
               Request for Valuation Hearing

To the Chambers of Judge Meisel:

This chapter 13 matter has a contested confirmation presently scheduled for April 26, 2023. A request for adjournment of the confirmation has been made whereas objections have been raised as to the value of real property owned by the debtor. The debtor anticipates the return of an appraisal of the subject real property no later than April 28, 2023. Request hereby made to set a valuation hearing date of May 10, 2023, or another date acceptable to the Court.

                Respectfully Submitted,

                SCURA, WIGFIELD, HEYER
                STEVENS & CAMMAROTA, LLP

        By: */s/ David Stevens*
                David Stevens