| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ 07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on May 25, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 22-16516 |
| IN RE:<br>    ELIZABETH M. CONVERY | Hearing Date: 05/24/2023<br><br>Judge: STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 25, 2023

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ELIZABETH M. CONVERY

Case No.: 22-16516SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/24/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/24/2023 of the plan filed on 09/19/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/07/2023 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

ORDERED, that any objections to the modified plan are due by 6/14/2023 and responses are due by 6/21/2023. In the event parties wish to file anything supplemental after any responses can be filed by the end of the day on 6/23/2023; and it is further

ORDERED, that if the debtor files a modified plan by 6/7/2023, the Hearing on Confirmation shall be adjourned to 6/28/2023 at 8:30 am.