| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>　　ELIZABETH M. CONVERY | Order Filed on May 25, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  22-16516<br><br>Hearing Date:  05/24/2023<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 25, 2023

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ELIZABETH M. CONVERY

Case No.: 22-16516SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/24/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/24/2023 of the plan filed on 09/19/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/07/2023 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

ORDERED, that any objections to the modified plan are due by 6/14/2023 and responses are due by 6/21/2023. In the event parties wish to file anything supplemental after any responses can be filed by the end of the day on 6/23/2023; and it is further

ORDERED, that if the debtor files a modified plan by 6/7/2023, the Hearing on Confirmation shall be adjourned to 6/28/2023 at 8:30 am.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16516-SLM |
| Elizabeth M. Convery | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| David L. Stevens | on behalf of Debtor Elizabeth M. Convery dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John P. Di Iorio
   on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio
   on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Karl J. Norgaard
   on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
   sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
   on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
   sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
   on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
   sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Karl J. Norgaard
   on behalf of Creditor John Conte knorgaard@norgaardfirm.com
   sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Myles Missirian
   on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista
   on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
   pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15