| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>Attorney for Debtor | Order Filed on June 20, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elizabeth M. Convery,<br><br>                              Debtor. | Case No.: 22-16516-SLM<br><br>Chapter: 13<br><br>Judge: SLM |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 20, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____18,302.00_____ for services rendered and expenses in the amount of $_____512.00_____ for a total of $_____18,814.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority. *See note

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

* The amount to be paid through the Chapter 13 Plan is $11,314.00 ($18,814.00 less the $5,000.00 retainer paid and the $2,500.00 courtesy credit.)

*rev.8/1/15*

2