Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 22−16516−SLM
                                          Chapter: 7
                                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Convery
   aka Elizabeth Mooney Convery
   455 Lebanon Street
   Wyckoff, NJ 07481

Social Security No.:
   xxx−xx−0732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      7/18/23
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
fee: $3937.48

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 20, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth M. Convery  
    Debtor

Case No. 22-16516-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 20, 2023      Form ID: 137      Total Noticed: 44

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| cr | + | Guaglardi & Meliti, LLP, Guaglardi & Meliti, LLP, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662, UNITED STATES 07662-3013 |
| cr | + | Mary Stachowiak, c/o Shapiro Croland Reiser, Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601-6328 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519741876 | + | Mary Stachowiak, c/o Shapiro Croland Reiser Apfel & Di Io, 411 Hackensack Avenue - 6th Floor, Hackensack, NJ 07601-6328 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2023 23:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2023 23:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2023 23:17:50 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: BNC@magtrustee.com | Jun 20 2023 23:08:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | Jun 20 2023 23:18:26 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 20 2023 23:07:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519684236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 20 2023 23:07:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684238 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 20 2023 23:07:00 | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2023 23:31:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

Case 22-16516-SLM    Doc 64    Filed 06/22/23    Entered 06/23/23 00:19:49    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 137 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| | | Jun 20 2023 23:18:24 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2023 23:43:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2023 23:17:52 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519711775 | + Email/PDF: ebn_ais@aisinfo.com | Jun 20 2023 23:17:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684241 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2023 23:32:12 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2023 23:32:09 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2023 23:18:26 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2023 23:08:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2023 23:08:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + Email/Text: mrdiscen@discover.com | Jun 20 2023 23:06:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2023 23:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 20 2023 23:05:49 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 519684252 | Email/Text: PBNCNotifications@peritusservices.com | Jun 20 2023 23:06:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 20 2023 23:08:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684255 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 20 2023 23:08:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 20 2023 23:08:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684256 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 20 2023 23:06:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + Email/PDF: gecsedi@recoverycorp.com | Jun 20 2023 23:04:48 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + Email/PDF: gecsedi@recoverycorp.com | Jun 20 2023 23:43:15 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + Email/PDF: gecsedi@recoverycorp.com | Jun 20 2023 23:17:57 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519684261 | ^ MEBN | Jun 20 2023 23:00:07 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684260 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 20 2023 23:08:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 137 | Total Noticed: 44 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519740576 | | Claire J. Mooney, Individually and as Beneficiary |
| 519740608 | | Estate of John J. Mooney |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| David L. Stevens | on behalf of Debtor Elizabeth M. Convery dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Myles Missirian | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 20, 2023 | Form ID: 137 | Total Noticed: 44 |

on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista

on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15