# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

ELIZABETH M. CONVERY

Debtor(s)

Case No. 22-16516

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/17/2022.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/08/2023.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $72,729.97.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,050.00 | |
| Less amount refunded to debtor | $8,515.25 | |
| **NET RECEIPTS:** | | **$534.75** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $534.75 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$534.75** |

Attorney fees paid and disclosed by debtor:        $5,000.00

## Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| SCURA WIGFIELD HEYER & STEVE | Attorney Fee | $5,000.00 | $0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMEX | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| APPLE CARD/GS BANK USA | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK/GAP | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 9,474.00 | 10,601.24 | 10,601.24 | 0.00 | 0.00 |
| CAPITAL ONE/LORD & TAYLOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NORTH AMERICA | Unsecured | 4,718.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NORTH AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS CITIBANK NORTH AMERI | Unsecured | 20,655.00 | NA | NA | 0.00 | 0.00 |
| CLAIRE J. MOONEY | Unsecured | 684,578.02 | 688,924.62 | 688,924.62 | 0.00 | 0.00 |
| COMENITY BANK/ANN TAYLOR MAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/COMPANIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONVERY 2008 FAMILY TRUST | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DAVID REPETTO. ESQ. | Unsecured | NA | 686,308.22 | 686,308.22 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUAGLARDI & MELITI, LLP | Unsecured | 77,403.00 | 77,403.00 | 77,403.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK CARD | Unsecured | 5,432.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MACY'S INC./DEPARTMENT STORES | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| MARY STACHOWIAK | Unsecured | 0.00 | 289,312.02 | 289,312.02 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | Unsecured | 3,037.00 | NA | NA | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC | Secured | 0.00 | 85.09 | 85.09 | 0.00 | 0.00 |
| STATE OF NEW JERSEY, DIVISION OF | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/CARECREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/GAP, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/PAYPAL MASTEI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TALBOTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK, N.A. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAMS-SONOMA TAPS CAPITAL C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $85.09 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$85.09** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$1,752,549.10** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $534.75 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$534.75** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/17/2023                                  By: /s/ Marie-Ann Greenberg
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**