| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>ELIZABETH M. CONVERY,<br><br>                              Debtor. | Chapter:   7<br><br>Case No.: 22-16516 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |
| CHARLES M. FORMAN, as the Chapter 7 Trustee for Elizabeth M. Convery,<br><br>                              Plaintiff,<br>v.<br><br>ELIZABETH M. CONVERY,<br><br>                              Defendant. | Adv. Pro. No.: 23- |

## CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed the Complaint in the above-captioned matter without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

4. I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| */s/ Charles M. Forman*<br>Trustee (Signature) | Charles M. Forman<br>Typed Name of Trustee |

Dated: November 16, 2023

F0203250 - 1