| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>    Elizabeth M. Convery<br><br>                  Debtor. | Case No.:    22-16516-SLM<br><br>Chapter:    7<br><br>Hearing Date:    January 9, 2024<br><br>Judge:    Stacey L. Meisel |

Order Filed on January 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

### ORDER DENYING MOTION FOR AN ORDER AUTHORIZING THE LAW FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO WITHDRAW AS COUNSEL

    The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: January 12, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Elizabeth M. Convery |
| Case No.: | 22-16516-SLM |
| Caption of Order: | Order Denying Motion for an Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a ("**Motion for an Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel**") by David L. Stevens; this Court finds:

**WHEREAS** the Motion for an Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** The Court docketed a quality control message to counsel at ECF No. 82 on December 14, 2023. However, counsel has still failed to file a Certification of Service.

It is hereby

**ORDERED** that the Motion for an Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel is denied, without prejudice.