|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** |
| **BECKER LLC**<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Brian Convery<br>ERIC R. PERKINS, ESQ.<br>Email: eperkins@becker.legal |

| In re:<br><br>ELIZABETH M. CONVERY a/k/a Elizabeth Mooney Convery,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-16516 (SLM)<br><br>Judge: Hon. Stacey L. Meisel, U.S.B.J. |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICE AND SERVICE OF PAPERS

TO:                        **CLERK, UNITED STATES BANKRUPTCY COURT**
                               Martin Luther King Jr. Federal Building
                               50 Walnut Street
                               Newark, NJ 07102

Name of Party in Interest:         **BRIAN CONVERY**

Address For Notices:             **ERIC R. PERKINS, ESQ.**
                               **eperkins@becker.legal**
                               **Becker LLC**
                               **354 Eisenhower Parkway**
                               **Plaza II, Suite 1500**
                               **Livingston, NJ  07039**

Documents:                           ■ All notices entered pursuant to Fed. R. Bankr. P. 2002.

                                         ■ All documents and pleadings of any nature.

**PLEASE TAKE NOTICE** that pursuant to *Bankruptcy Rules* 2002 and 9010, Brian Convery, a party-in-interest under 11 *U.S.C.* 1109(b), through its attorneys, Becker LLC, hereby appears in the above-captioned case and requests that copies of all notices given or required to be given and all papers served or required to be served (except process) in this case be given to and served upon them as indicated above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in *Bankruptcy Rules* 2002 and 9010, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only.  Accordingly, this *Notice of Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

                          **BECKER LLC**

                          <u>/s/ Eric R. Perkins, Esq.</u>
                          Eric R. Perkins, Esq.

Dated:  January 26, 2024