UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9001-2(b)

Order Filed on February 2, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth M. Convery

Case No.: 22-16516

Adversary No.:

Judge: Stacey L. Meisel

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: February 2, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Order of Recusal                                                                                                                    Page 2

    The Court having noted that recusal in this case is appropriate, it is hereby

    ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

  23-01013

*rev.8/1/15*