UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9001-2(b)

Order Filed on February 2, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth M. Convery

Case No.: 22-16516

Adversary No.:

Judge: Stacey L. Meisel

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

DATED: February 2, 2024

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 22-16516-VFP    Doc 94    Filed 02/04/24    Entered 02/05/24 00:15:32    Desc Imaged
Certificate of Notice    Page 1 of 4

Order of Recusal _____ Page 2

    The Court having noted that recusal in this case is appropriate, it is hereby

    ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

| 23-01013 | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16516-VFP

Elizabeth M. Convery  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Feb 02, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

**Recip ID      Recipient Name and Address**
db          +  Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

**Name**  **Email Address**

Cassandra C. Norgaard
on behalf of Creditor John Conte cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard
on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David L. Stevens
on behalf of Debtor Elizabeth M. Convery dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
 on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric R. Perkins
 on behalf of Interested Party Brian Convery eperkins@becker.legal
 tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

John P. Di Iorio
 on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio
 on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Justin Baumgartner
 on behalf of Interested Party Brian Convery jbaumgartner@becker.legal  mambrose@becker.legal

Karl J. Norgaard
 on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
 amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
 on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
 amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
 on behalf of Creditor John Conte knorgaard@norgaardfirm.com
 amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
 on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
 amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
 on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
 on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
 on behalf of Creditor Guaglardi & Meliti LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista
 on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
 pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;sterry@scura.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18