Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−16516−VFP
                Chapter:  7
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Convery
   aka Elizabeth Mooney Convery
   455 Lebanon Street
   Wyckoff, NJ 07481

Social Security No.:
   xxx−xx−0732

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/21/24 at 10:00 AM

to consider and act upon the following:

**90** – Motion to Withdraw as Attorney Filed by David L. Stevens on behalf of Elizabeth M. Convery. Hearing scheduled for 2/13/2024 at 10:00 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification of Counsel # 2 Proposed Order # 3 Certificate of Service) (Stevens, David)

**97** – Limited Objection to the Motion of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Withdraw as Counsel for the Debtor (related document:90 Motion to Withdraw as Attorney Filed by David L. Stevens on behalf of Elizabeth M. Convery. Hearing scheduled for 2/13/2024 at 10:00 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification of Counsel # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Elizabeth M. Convery) filed by Kimberly J. Salomon on behalf of Charles M. Forman. (Salomon, Kimberly)

Dated: 2/14/24

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court