

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

## SCURA • WIGFIELD • HEYER
## STEVENS • CAMMAROTA , LLP

▲■ John J. Scura III, Esq.  
    David C. Wigfield, Esq.  
● Christopher Heyer, Esq.  
● David L. Stevens, Esq.  
● Pietro Cammarota, Esq.  
● Guillermo J. Gonzalez, Esq.

Jamal Romero, Esq.  
Timothy J. Bartzos, Esq.  
Paul S. Evangelista, Esq.  
Aiden Murphy, Esq.  
Erich H. Kamm, Esq.

Of Counsel  
♦ Joseph A. Hallock, Esq.  
    Randal C. Chiocca, P.J. Ch. (Ret.)

■ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney     ● Also admitted in New York     ▲ Also admitted in Pennsylvania     ♦ Also admitted in Florida

**VIA E-Filing**
The Honorable Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102
Courtroom 3B

**RE: 22-16516, In re Elizabeth Convery**
**Motion to Withdraw as Counsel**

To the Chambers of Judge Vincent F. Papalia:

    This firm, Scura, Wigfield, Heyer, Stevens & Cammarota (the "Scura Firm") represents the debtor, Elizabeth Convery (the "Debtor"), in the above captioned case. As discussed at the status conference held on February 22, 2024, the following is the schedule for the adjourned Motion to Withdraw as Counsel, filed at Docket Number 90:

- The hearing date has been adjourned to April 9, 2024, at 10:00 AM.

- Any supplemental submissions to be filed by the Scura Firm are due by March 22, 2024.

- Any opposition to the Motion to Withdraw or the supplemental submissions is due by April 2, 2024.

- Any reply to opposition is due by April 5, 2024.

    The Court has directed that pending the April 9, 2024 hearing, the Scura firm shall continue to represent the Debtor in accordance with its duties under the law.

    Respectfully,

                    */s/ Aiden Murphy*
                    Aiden Murphy, Esq.

**Wayne**
1599 Hamburg Tpke
Wayne, NJ 07470
*Mailing Address*

**Secaucus**
1 Harmon Meadow Blvd
Suite 201
Secaucus, NJ 07094

**Hackensack**
3 University Plaza
Suite 207
Hackensack, NJ 07601

**Newark***
One Gateway Center
Suite 2600
Newark, NJ 07102