| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 W. Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | **Order Filed on March 6, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ELIZABETH M. CONVERY,<br>                                        Debtor. | Chapter:   7<br><br>Case No.:  22-16516 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

# CONSENT ORDER AUTHORIZING TURNOVER OF KEY, AUTHORIZING LOCKBOX, AND TO COMPEL COOPERATION WITH TRUSTEE'S <u>EFFORTS TO SELL PROPERTY</u>

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 6, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0212143 - 1

| | |
|---|---|
| Debtor | Elizabeth M. Convery |
| Case No. | 22-16516 (VFP) |
| Caption | Consent Order Authorizing Turnover of Key, Authorizing Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property |

**THIS MATTER** having been brought before the Court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for Elizabeth M. Convery (the "Debtor") for the entry of an Order for Turnover of Key, to Authorize Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property, and the Court having considered the pleadings filed and the arguments presented, and notice of the motion having been provided to the Debtor and all parties in interest, and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the Debtor is directed to provide a key to property located at 455 Lebanon Street, Wyckoff, New Jersey (the "Property") to the Trustee or his real estate agent within fifteen (15) days of the entry of this Order; and it is further

**ORDERED** that the Trustee and the Trustee's real estate agent are authorized to place a lock box on the Property, and real estate agents may utilize the lock box to show the Property to prospective purchasers between the hours of 9:00 a.m. and 8:00 p.m.; and it is further

**ORDERED** that if the Debtor does not provide the Trustee with a key to the Property within fifteen days of the entry of this Order, the Trustee is authorized to enter the Property, change the locks and maintain exclusive possession of the Property for the purpose of marketing it to prospective purchasers; and it is further

**ORDERED** that the Debtor be and hereby is directed to cooperate with the Trustee's efforts to market and sell the Property and to provide access to the Property to prospective buyers upon 24 hours' notice to the Debtor.

F0212143 - 1

Page 3

Debtor      Elizabeth M. Convery
Case No.    22-16516 (VFP)
Caption     Consent Order Authorizing Turnover of Key, Authorizing Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property

The undersigned consent to the form and entry of this Order.

| | |
|---|---|
| SCURA, WIGFIELD, HEYER, STEVENS AND CAMMAROTA<br>Attorneys for Debtor | FORMAN HOLT<br>Attorneys for Trustee |
| By:  /s/ David Stevens<br>     David Stevens, Esq. | By:  /s/ Kimberly J. Salomon<br>     Kimberly J. Salomon, Esq. |
| Dated: March 5, 2024 | Dated: March 5, 2024 |

F0212143 - 1