| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on March 6, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| FORMAN HOLT<br>365 W. Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>ELIZABETH M. CONVERY,<br>　　　　　　　　　　　　Debtor. | Chapter:   7<br><br>Case No.:  22-16516 (VFP)<br><br>Judge: Hon. Vincent F. Papalia |

**CONSENT ORDER AUTHORIZING TURNOVER OF KEY, AUTHORIZING LOCKBOX, AND TO COMPEL COOPERATION WITH TRUSTEE'S <u>EFFORTS TO SELL PROPERTY</u>**

　　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 6, 2024**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge**

F0212143 - 1

Debtor      Elizabeth M. Convery
Case No.    22-16516 (VFP)
Caption     Consent Order Authorizing Turnover of Key, Authorizing Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property

**THIS MATTER** having been brought before the Court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for Elizabeth M. Convery (the "Debtor") for the entry of an Order for Turnover of Key, to Authorize Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property, and the Court having considered the pleadings filed and the arguments presented, and notice of the motion having been provided to the Debtor and all parties in interest, and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the Debtor is directed to provide a key to property located at 455 Lebanon Street, Wyckoff, New Jersey (the "Property") to the Trustee or his real estate agent within fifteen (15) days of the entry of this Order; and it is further

**ORDERED** that the Trustee and the Trustee's real estate agent are authorized to place a lock box on the Property, and real estate agents may utilize the lock box to show the Property to prospective purchasers between the hours of 9:00 a.m. and 8:00 p.m.; and it is further

**ORDERED** that if the Debtor does not provide the Trustee with a key to the Property within fifteen days of the entry of this Order, the Trustee is authorized to enter the Property, change the locks and maintain exclusive possession of the Property for the purpose of marketing it to prospective purchasers; and it is further

**ORDERED** that the Debtor be and hereby is directed to cooperate with the Trustee's efforts to market and sell the Property and to provide access to the Property to prospective buyers upon 24 hours' notice to the Debtor.

F0212143 - 1

Debtor    Elizabeth M. Convery
Case No.    22-16516 (VFP)
Caption    Consent Order Authorizing Turnover of Key, Authorizing Lockbox, and to Compel Cooperation with Trustee's Efforts to Sell Property

The undersigned consent to the
form and entry of this Order.

| SCURA, WIGFIELD, HEYER, STEVENS AND CAMMAROTA<br>Attorneys for Debtor | FORMAN HOLT<br>Attorneys for Trustee |
|---|---|
| By:   */s/ David Stevens*<br>    David Stevens, Esq. | By:   */s/ Kimberly J. Salomon*<br>    Kimberly J. Salomon, Esq. |
| Dated: March 5, 2024 | Dated: March 5, 2024 |

F0212143 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-16516-VFP
Elizabeth M. Convery                                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 2
Date Rcvd: Mar 06, 2024           Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

**Recip ID**           **Recipient Name and Address**
db                 +  Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024                  Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Aiden Murphy
    on behalf of Debtor Elizabeth M. Convery amurphy@scura.com
    ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;sterry@scura.com

Cassandra C. Norgaard
    on behalf of Creditor John Conte cnorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard
    on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

David L. Stevens
    on behalf of Debtor Elizabeth M. Convery dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric R. Perkins
    on behalf of Interested Party Brian Convery eperkins@becker.legal tcolombini@becker.legal;jlawrence@becker.legal

John P. Di Iorio
    on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio
    on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Justin Baumgartner
    on behalf of Interested Party Brian Convery jbaumgartner@becker.legal tcolombini@becker.legal

Karl J. Norgaard
    on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Creditor John Conte knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com

Myles Missirian
    on behalf of Creditor Guaglardi & Meliti LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista
    on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;sterry@scura.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19