## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 22-16516 (VFP) |
| ELIZABETH M. CONVERY, | Chapter 7 |
| | Judge: Hon. Vincent F. Papalia |
| | Hearing Date: April 9, 2024 at 10:00 AM |
| Debtor. | |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 03/20/2024, I did cause a copy of the following documents, described below.

NOTICE OF MOTION OF BRIAN CONVERY FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) GRANTING RELIEF FROM THE AUTOMATIC STAY TO RECOMMENCE DIVORCE PROCEEDING FOR THE PURPOSE OF DETERMINING THE EQUITABLE DISTRIBUTION OF MARITAL ASSETS AND LIABILITIES

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 03/20/2024

*/s/ Justin Baumgartner*
Justin Baumgartner, Esq.
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 22-16516 (VFP) |
| ELIZABETH M. CONVERY, | Chapter 7 |
| | Judge: Hon. Vincent F. Papalia |
| | Hearing Date: April 9, 2024 at 10:00 AM |
| Debtor. | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 03/20/2024, I did cause a copy of the following documents, described below.

NOTICE OF MOTION OF BRIAN CONVERY FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) GRANTING RELIEF FROM THE AUTOMATIC STAY TO RECOMMENCE DIVORCE PROCEEDING FOR THE PURPOSE OF DETERMINING THE EQUITABLE DISTRIBUTION OF MARITAL ASSETS AND LIABILITIES

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 03/20/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on March 20, 2024, I caused a copy of the NOTICE OF MOTION OF BRIAN CONVERY FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) GRANTING RELIEF FROM THE AUTOMATIC STAY TO RECOMMENCE DIVORCE PROCEEDING FOR THE PURPOSE OF DETERMINING THE EQUITABLE DISTRIBUTION OF MARITAL ASSETS AND LIABILITIES to be served by first class, United States mail service, with adequate postage to ensure delivery to:

| Name | Firm | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Paul Evangelista, Esq. | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | 1599 Hamburg Turnpike | | | Wayne | NJ | 07470 |
| Elizabeth M. Convery | | 455 Lebanon Street | | | Wyckoff | NJ | 07481 |
| Charles Forman, Trustee | Forman Holt | 365 West Passaic Street | Suite 400 | | Rochelle Park | NJ | 07662 |
| Kimberly J. Salomon, Esq. | Forman HOlt | 365 West Passaic Street | Suite 400 | | Rochelle Park | NJ | 07662 |
| U.S. Trustee | US Dept of Justice | Office of the US Trustee | One Newark Center | Suite 2100 | Newark | NJ | 07102 |
| AIS Portfolio Services, LLC | Attn: Capital One Auto Finance, a division of Capital One, N.A. Department | 4515 N Santa Fe Ave. Dept. APS | | | Oklahoma City | OK | 73118 |
| Denise Carlon, Esq. | KML Law Group, PC | 701 Market Street | Suite 5000 | | Philadelphia | PA | 19106 |
| NORGAARD, O'BOYLE & HANNON | 184 Grand Avenue | | | | Englewoood | NJ | 07631 |
| Myles M. Missirian, Esq. | GUAGLARDI & MELITI, LLP | 365 West Passaic Street | Suite 130 | | Rochelle Park | NJ | 07662 |
| John P. Di Iorio, Esq. | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Continental Plaza II | 411 Hackensack Avenue | 6th Floor | Hackensack | NJ | 07601 |