**TRENK ISABEL SIDDIQI
& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law

*Attorneys for Convery 2008 Family Trust*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Elizabeth M. Convery,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-16516(SLM) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Convery 2008 Family Trust. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Richard D. Trenk, Esq.
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Ave., Suite 2370
Livingston, New Jersey 07039
973-533-1000 (phone)
Email : rtrenk@trenkisabel.law

DOCUMENTS :

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

*/s/ Richard D. Trenk*
Richard D. Trenk

Dated: April 9, 2024