| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>Telephone number: (973) 422-1100<br>Fax number (973) 422-9122<br>Attorneys for Brian Convery<br>JUSTIN S. BAUMGARTNER, ESQ.<br>E-mail address: jbaumgartner@becker.legal | <br><br>**Order Filed on April 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ELIZABETH M. CONVERY,<br><br>                    Debtor. | Case No. 22-16516 (VFP)<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: April 9, 2024 at 10:00 AM |

### ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FOR BRIAN CONVERY TO RECOMMENCE DIVORCE PROCEEDING

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: April 9, 2024**

                                                                          */s/ Vincent F. Papalia*
                                                  **Honorable Vincent F. Papalia**
                                                  **United States Bankruptcy Judge**

Page (2)
In re:        ELIZABETH M. CONVERY
Case No.:     22-16516 (VFP)
Caption:      Order Vacating the Automatic Stay Pursuant to 11 U.S.C. § 362(d)

---

**THIS MATTER** having been opened to the Court upon the motion of Brian Convery ("the Movant"), through his counsel, Becker LLC, for the entry of an order pursuant to 11 U.S.C. § 362(d)(1) granting relief from the automatic stay for Movant to Recommence Divorce Proceedings for the Purpose of Determining the Equitable Distribution of Marital Assets and Liabilities (the "Motion"); and notice of the Motion having been provided to all parties entitled to such notice; and the Court having considered all pleadings filed in support of and in opposition to the entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED as follows:**

1. The automatic stay is vacated to permit Movant to resume and prosecute to conclusion his divorce proceeding with the Debtor, including to fix all amounts related to the equitable distribution of the Debtor's and Movant's marital assets and liabilities, currently pending in the Superior Court of New Jersey of Bergen County, Chancery Division, Family Part, captioned *Brian Convery v. Elizabeth Convery*, Docket No.: FM-02-230-24.

2. The Bankruptcy Court retains exclusive jurisdiction over the disposition of proceeds regarding all property of the Debtor's bankruptcy estate, including, but not limited to, the real property located at 455 Lebanon Street, Wyckoff, New Jersey and any vehicles. The disposition of property of the estate, including the real property and vehicles, shall be determined in accordance with applicable bankruptcy law.

3. Counsel for the Movant shall serve a copy of this Order on counsel for the Debtor, the Chapter 7 Trustee, the United States Trustee, and any parties requesting notice in this case within 5 days of the date of entry of this Order.