# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:

ELIZABETH M. CONVERY,

Debtor.

Case No. 22-16516 (VFP)

Chapter 7

Judge: Hon. Vincent F. Papalia

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 04/10/2024, I did cause a copy of the following documents, described below.

ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FOR BRIAN CONVERY TO RECOMMENCE DIVORCE PROCEEDING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

Dated: 04/10/2024

*/s/ Justin Baumgartner*
Justin Baumgartner, Esq.
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:

ELIZABETH M. CONVERY,

Case No. 22-16516 (VFP)

Chapter 7

Judge: Hon. Vincent F. Papalia

Debtor.

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 04/10/2024, I did cause a copy of the following documents, described below.

ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FOR BRIAN CONVERY TO RECOMMENCE DIVORCE PROCEEDING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 04/10/2024

*Charles Wheeler*

Charles Wheeler
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on April 10, 2024, I caused a copy of the ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FOR BRIAN CONVERY TO RECOMMENCE DIVORCE PROCEEDING to be served by first class, United States mail service, with adequate postage to ensure delivery to:

| Name | Firm | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Paul Evangelista, Esq. | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | 1599 Hamburg Turnpike | | | Wayne | NJ | 07470 |
| Elizabeth M. Convery | 455 Lebanon Street | | | | Wyckoff | NJ | 07481 |
| Charles Forman, Trustee | Forman Holt | 365 West Passaic Street | Suite 400 | | Rochelle Park | NJ | 07662 |
| Kimberly J. Salomon, Esq. | Forman HOlt | 365 West Passaic Street | Suite 400 | | Rochelle Park | NJ | 07662 |
| U.S. Trustee | US Dept of Justice | Office of the US Trustee | One Newark Center | Suite 2100 | Newark | NJ | 07102 |
| AIS Portfolio Services, LLC | Attn: Capital One Auto Finance, a division of Capital One, N.A. Department | 4515 N Santa Fe Ave. Dept. APS | | | Oklahoma City | OK | 73118 |
| Denise Carlon, Esq. | KML Law Group, PC | 701 Market Street | Suite 5000 | | Philadelphia | PA | 19106 |
| NORGAARD, O'BOYLE & HANNON | 184 Grand Avenue | | | | Englewoood | NJ | 07631 |
| Myles M. Missirian, Esq. | GUAGLARDI & MELITI, LLP | 365 West Passaic Street | Suite 130 | | Rochelle Park | NJ | 07662 |
| John P. Di Iorio, Esq. | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Continental Plaza II | 411 Hackensack Avenue | 6th Floor | Hackensack | NJ | 07601 |