| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>Telephone number: (973) 422-1100<br>Fax number (973) 422-9122<br>Attorneys for Brian Convery<br>JUSTIN S. BAUMGARTNER, ESQ.<br>E-mail address: jbaumgartner@becker.legal | Order Filed on April 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br><br>ELIZABETH M. CONVERY,<br><br>Debtor. | Case No. 22-16516 (VFP)<br><br>Chapter 7<br><br>Judge: Hon. Vincent F. Papalia<br><br>Hearing Date: April 9, 2024 at 10:00 AM |

## ORDER VACATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) FOR BRIAN CONVERY TO RECOMMENCE DIVORCE PROCEEDING

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: April 9, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page (2)
In re:        ELIZABETH M. CONVERY
Case No.:   22-16516 (VFP)
Caption:    Order Vacating the Automatic Stay Pursuant to 11 U.S.C. § 362(d)

_____

**THIS MATTER** having been opened to the Court upon the motion of Brian Convery ("the Movant"), through his counsel, Becker LLC, for the entry of an order pursuant to 11 U.S.C. § 362(d)(1) granting relief from the automatic stay for Movant to Recommence Divorce Proceedings for the Purpose of Determining the Equitable Distribution of Marital Assets and Liabilities  (the "Motion"); and notice of the Motion having been provided to all parties entitled to such notice; and the Court having considered all pleadings filed in support of and in opposition to the entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED as follows:**

1.    The automatic stay is vacated to permit Movant to resume and prosecute to conclusion his divorce proceeding with the Debtor, including to fix all amounts related to the equitable distribution of the Debtor's and Movant's marital assets and liabilities, currently pending in the Superior Court of New Jersey of Bergen County, Chancery Division, Family Part, captioned *Brian Convery v. Elizabeth Convery*, Docket No.: FM-02-230-24.

2.    The Bankruptcy Court retains exclusive jurisdiction over the disposition of proceeds regarding all property of the Debtor's bankruptcy estate, including, but not limited to, the real property located at 455 Lebanon Street, Wyckoff, New Jersey and any vehicles.  The disposition of property of the estate, including the real property and vehicles, shall be determined in accordance with applicable bankruptcy law.

3.    Counsel for the Movant shall serve a copy of this Order on counsel for the Debtor, the Chapter 7 Trustee, the United States Trustee, and any parties requesting notice in this case within 5 days of the date of entry of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 22-16516-VFP

Elizabeth M. Convery                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                       Page 1 of 2

Date Rcvd: Apr 09, 2024                   Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

**Recip ID**                  **Recipient Name and Address**
db                     +  Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aiden Murphy | on behalf of Debtor Elizabeth M. Convery amurphy@scura.com ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;sterry@scura.com |
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 09, 2024                       Form ID: pdf903                               Total Noticed: 1

David L. Stevens
             on behalf of Debtor Elizabeth M. Convery dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
o@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
             on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric R. Perkins
             on behalf of Interested Party Brian Convery eperkins@becker.legal  tcolombini@becker.legal;jlawrence@becker.legal

John P. Di Iorio
             on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio
             on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Justin Baumgartner
             on behalf of Interested Party Brian Convery jbaumgartner@becker.legal  tcolombini@becker.legal

Karl J. Norgaard
             on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
             on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
             on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
             on behalf of Creditor John Conte knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
             on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
             on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
             on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista
             on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@
scura.com;sterry@scura.com

Richard D. Trenk
             on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

U.S. Trustee
             USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 20