# KML LAW GROUP, P.C.
**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
www.kmllawgroup.com

April 12, 2024

The Honorable Vincent F. Papalia, U.S.B.J.
Courtroom # 3B
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    RE:  Elizabeth M. Convery
    Case No. 22-16516- VFP
    Premises:  455 Lebanon Street, Wyckoff
    Secured Creditor:  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

Dear Judge Papalia,

    This office represents Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, ("Secured Creditor"), holder of a mortgage on real property located at 11 Klein Court, Old Tappan, NJ 07675. Please accept this letter in response to Trustee's motion to sell the subject property.

    Secured Creditor has reviewed the current motion to sell and the proposed form of order filed with the Court.  Secured Creditor does not object to the motion or the proposed order in its current form.  However, should the proposed order be revised, or if the underlying facts supporting the motion should change, including but not limited to the purchase price, Secured Creditor reserves its right to object to the motion.

The total amount owed on the loan thru **April 1, 2024 was approximately $395,511.96.**  The Trustee is required to request an updated formal payoff prior to closing to ensure the loan is paid in full in accordance with the terms of the note, mortgage and applicable state laws. Secured Creditor's response, in its present form, is not an objection to the current motion to sell the subject property.  The undersigned does not intend to appear to prosecute an objection at this time unless

the proposed order is amended to a form deemed objectionable.

        Respectfully,
        KML LAW GROUP, P.C.

        **/s/ Denise Carlon, Esq.**
        Denise Carlon, Esquire
        dcarlon@kmllawgroup.com
        Attorney for Secured Creditor

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** **Caption in Compliance with D.N.J. LBR-9004-1** | |
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | |
| In Re:<br>Elizabeth M. Convery a/k/a Elizabeth Mooney Convery<br>　　　　　Debtor | Case No:　　22-16516 VFP<br><br>Chapter:　　13<br><br>Judge:　　Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Patricia Rychards:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 04/15/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Response to Motion to Sell
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 04/15/2024　　　　　　　　*/s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Elizabeth M. Convery a/k/a Elizabeth Mooney Convery<br>455 Lebanon Street<br>Wyckoff, NJ 07481 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Paul Evangelista<br>Aiden Morphy<br>David l. Stevens<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Charles M Forman<br>Forman Holt<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |