Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22–16516–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elizabeth M. Convery
aka Elizabeth Mooney Convery
455 Lebanon Street
Wyckoff, NJ 07481

Social Security No.:
xxx–xx–0732

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

455 Lebanon Street, Wyckoff, New Jersey

Dated: April 24, 2024
JAN: mlc

Jeanne Naughton
Clerk