UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Elizabeth M. Convery,        Case No.:    22-16516 (VFP)

                Debtor.             Chapter      7

                                    Judge:       Hon. Vincent F. Papalia

---

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on June 18, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Estate's interest in the Debtor's 2017 Volvo XC 60 (VIN#YV449MRU0H2129714) having a fair market value of approximately $13,000.

> Liens on property:
>
> Capital One Auto Finance
> $17,916.65

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: (201) 845-1000
Email: cforman@formanlaw.com

F0217924 - 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16516-VFP

Elizabeth M. Convery  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 4
Date Rcvd: May 15, 2024    Form ID: pdf905    Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| intp | + | Brian Convery, c/o Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039 UNITED STATES 07039-1022 |
| cr | + | Guaglardi & Meliti, LLP, Guaglardi & Meliti, LLP, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662, UNITED STATES 07662-3013 |
| app | + | Jennifer M. Carpenter, 58 Mountain Avenue, Hawthorne, NJ 07506-3331 |
| r | + | Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| cr | + | Mary Stachowiak, c/o Shapiro Croland Reiser, Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601-6328 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 520220405 | + | Convery 2008 Family Trust, Richard D. Trenk, Esq., Trenk Isabel Siddiqi & Shahdanian P.C., 290 W. Mt. Pleasant Ave., Suite 2370, Livington, NJ 07039-2763 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519741876 | + | Mary Stachowiak, c/o Shapiro Croland Reiser Apfel & Di Io, 411 Hackensack Avenue - 6th Floor, Hackensack, NJ 07601-6328 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 20:59:23 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: BNC@magtrustee.com | May 15 2024 20:51:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2024 20:58:43 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 15 2024 20:50:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519684236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 20:49:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 15 2024 20:50:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684238 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 22-16516-VFP    Doc 127    Filed 05/17/24    Entered 05/18/24 00:14:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf905 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 15 2024 20:50:00 | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 20:59:22 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2024 20:58:43 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 20:48:31 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 20:59:22 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519711775 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2024 20:58:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 20:48:27 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 20:48:31 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 20:47:52 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 20:50:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 20:50:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + | Email/Text: mrdiscen@discover.com | May 15 2024 20:49:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2024 20:46:30 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 519684252 | | Email/Text: PBNCNotifications@peritusservices.com | May 15 2024 20:49:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 15 2024 20:51:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684255 | + | Email/Text: bankruptcyteam@quickenloans.com | May 15 2024 20:51:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + | Email/Text: bankruptcyteam@quickenloans.com | May 15 2024 20:51:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684256 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 15 2024 20:49:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 20:59:06 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 21:09:57 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 20:48:24 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519684261 | | ^ MEBN | May 15 2024 20:41:45 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684260 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 20:50:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

TOTAL: 32

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf905 | Total Noticed: 48 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519740576 | | Claire J. Mooney, Individually and as Beneficiary |
| 519740608 | | Estate of John J. Mooney |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aiden Murphy | on behalf of Debtor Elizabeth M. Convery amurphy@scura.com ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;sterry@scura.com |
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| David L. Stevens | on behalf of Debtor Elizabeth M. Convery dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | on behalf of Interested Party Brian Convery eperkins@becker.legal tcolombini@becker.legal;jlawrence@becker.legal |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |
| Justin Baumgartner | on behalf of Interested Party Brian Convery jbaumgartner@becker.legal tcolombini@becker.legal |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf905 | Total Noticed: 48 |

| | |
|---|---|
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Myles Missirian | on behalf of Creditor Guaglardi & Meliti LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com |
| Paul Evangelista | on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com<br>pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com |
| Richard D. Trenk | on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 21