Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22−16516−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Elizabeth M. Convery
　aka Elizabeth Mooney Convery
　455 Lebanon Street
　Wyckoff, NJ 07481
Social Security No.:
　xxx−xx−0732
Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

　　I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2017 Chevrolet Traverse

Dated: June 12, 2024
JAN: mlc

Jeanne Naughton
Clerk