| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Telephone: 973-696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>*Counsel for Debtor* |
| *In re*:<br><br>Elizabeth M. Convery a/k/a<br>Elizabeth Mooney Convery<br><br>      Debtor. |

Order Filed on June 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-16516

Chapter 7

Judge: Hon. Stacey L. Meisel

Hearing Date: June 18, 2024

## ORDER AUTHORIZING THE LAW FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO WITHDRAW AS COUNSEL

The relief set forth on the following page, numbered two, is hereby ordered.

**DATED: June 18, 2024**

                   _____
                   **Honorable Vincent F. Papalia**
                   **United States Bankruptcy Judge**

Debtor:  Elizabeth M. Convery
Case No.: 22-16516 (SLM)
Caption of Order: Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP To Withdraw As Counsel

Page **2**

___

THIS MATTER having been brought to the Court on the Certification of David L. Stevens, Esq., on a motion to be relieved as counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**ORDERED** that the law firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Firm") is hereby no longer counsel for the debtor, Elizabeth M. Convery a/k/a Elizabeth Mooney Convery (the "Debtor") in the bankruptcy case, Bankruptcy Case No.: 22-16516; provided, however that the firm shall continue to represent the Debtor only in connection with the Trustee's pending motion to approve a settlement relating to Mr. Convery's contribution claims against the estate (Dkt. no. 129).

**FURTHER ORDERED** application and approval of compensation due to Scura, Wigfield, Heyer, Stevens & Cammarota, LLP while representing the Debtor in Possession shall continue to be treated as an administrative priority expense in accordance with the Bankruptcy Code and shall survive the conversion to a Chapter 7 or dismissal of this case.