| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Secaucus, New Jersey 07094<br>Telephone: 973-696-8391<br>David L. Stevens, Esq.<br>dstevens@scura.com<br>*Counsel for Debtor* | Order Filed on June 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| *In re*:<br><br>Elizabeth M. Convery a/k/a<br>Elizabeth Mooney Convery<br><br>                      Debtor. | Case No. 22-16516<br>Chapter 7<br>Judge: Hon. Stacey L. Meisel<br>Hearing Date: June 18, 2024 |

### ORDER AUTHORIZING THE LAW FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO WITHDRAW AS COUNSEL

The relief set forth on the following page, numbered two, is hereby ordered.

**DATED: June 18, 2024**

                                                                         _____
                                                                         **Honorable Vincent F. Papalia
                                                                         United States Bankruptcy Judge**

Debtor: Elizabeth M. Convery
Case No.: 22-16516 (SLM)
Caption of Order: Order Authorizing the Law Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP To Withdraw As Counsel

Page 2
_____

THIS MATTER having been brought to the Court on the Certification of David L. Stevens, Esq., on a motion to be relieved as counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing;

**ORDERED** that the law firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (the "Firm") is hereby no longer counsel for the debtor, Elizabeth M. Convery a/k/a Elizabeth Mooney Convery (the "Debtor") in the bankruptcy case, Bankruptcy Case No.: 22-16516; provided, however that the firm shall continue to represent the Debtor only in connection with the Trustee's pending motion to approve a settlement relating to Mr. Convery's contribution claims against the estate (Dkt. no. 129).

**FURTHER ORDERED** application and approval of compensation due to Scura, Wigfield, Heyer, Stevens & Cammarota, LLP while representing the Debtor in Possession shall continue to be treated as an administrative priority expense in accordance with the Bankruptcy Code and shall survive the conversion to a Chapter 7 or dismissal of this case.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-16516-VFP
Elizabeth M. Convery  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 18, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Aiden Murphy
     on behalf of Debtor Elizabeth M. Convery amurphy@scura.com
     ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;sterry@scura.com

Cassandra C. Norgaard
     on behalf of Creditor John Conte cnorgaard@norgaardfirm.com
     amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard
     on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com
     amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Charles M. Forman
     cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David L. Stevens
    on behalf of Debtor Elizabeth M. Convery dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric R. Perkins
    on behalf of Interested Party Brian Convery eperkins@becker.legal  tcolombini@becker.legal;jlawrence@becker.legal

John P. Di Iorio
    on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio
    on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Justin Baumgartner
    on behalf of Interested Party Brian Convery jbaumgartner@becker.legal  tcolombini@becker.legal

Karl J. Norgaard
    on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Creditor John Conte knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
    on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Paul Evangelista
    on behalf of Debtor Elizabeth M. Convery pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com

Richard D. Trenk
    on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21