Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16516−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Convery
   aka Elizabeth Mooney Convery
   455 Lebanon Street
   Wyckoff, NJ 07481

Social Security No.:
   xxx−xx−0732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/16/24
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,
period: 2/28/2024 to 6/10/2024.

COMMISSION OR FEES
$4,515.00

EXPENSES
$100.00.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 24, 2024
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth M. Convery  
    Debtor

Case No. 22-16516-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 24, 2024      Form ID: 137      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| intp | + | Brian Convery, c/o Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039 UNITED STATES 07039-1022 |
| cr | + | Guaglardi & Meliti, LLP, Guaglardi & Meliti, LLP, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662, UNITED STATES 07662-3013 |
| app | + | Jennifer M. Carpenter, 58 Mountain Avenue, Hawthorne, NJ 07506-3331 |
| r | + | Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| cr | + | Mary Stachowiak, c/o Shapiro Croland Reiser, Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601-6328 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 520220405 | + | Convery 2008 Family Trust, Richard D. Trenk, Esq., Trenk Isabel Siddiqi & Shahdanian P.C., 290 W. Mt. Pleasant Ave., Suite 2370, Livington, NJ 07039-2763 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519741876 | + | Mary Stachowiak, c/o Shapiro Croland Reiser Apfel & Di Io, 411 Hackensack Avenue - 6th Floor, Hackensack, NJ 07601-6328 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2024 21:04:22 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: BNC@magtrustee.com | Jun 24 2024 20:52:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2024 21:04:32 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 24 2024 20:51:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519684236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2024 20:50:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 24 2024 20:51:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684238 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 22-16516-VFP    Doc 137    Filed 06/26/24    Entered 06/27/24 00:16:47    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: 137 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 24 2024 20:51:00 | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 24 2024 21:04:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:53:51 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:52:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 24 2024 21:04:15 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519711775 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 24 2024 20:53:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 24 2024 21:04:13 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 24 2024 21:04:12 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 24 2024 21:04:31 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 24 2024 20:51:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 24 2024 20:51:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 24 2024 20:50:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 24 2024 20:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:53:45 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 519684252 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 24 2024 20:50:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jun 24 2024 20:52:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684255 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jun 24 2024 20:52:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jun 24 2024 20:52:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684256 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jun 24 2024 20:51:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:53:11 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:52:57 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 24 2024 20:53:09 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519684261 | | ^ MEBN | | |
| | | | Jun 24 2024 20:46:38 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684260 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 24 2024 20:51:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519740576 | | Claire J. Mooney, Individually and as Beneficiary |
| 519740608 | | Estate of John J. Mooney |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024                           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | on behalf of Interested Party Brian Convery eperkins@becker.legal tcolombini@becker.legal;jlawrence@becker.legal |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |
| Justin Baumgartner | on behalf of Interested Party Brian Convery jbaumgartner@becker.legal tcolombini@becker.legal |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 24, 2024 | Form ID: 137 | Total Noticed: 48 |

Karl J. Norgaard
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

    on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
    on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Richard D. Trenk
    on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18