| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on August 7, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ELIZABETH M. CONVERY,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 22-16516 (VFP)<br><br>Hon. Vincent F. Papalia |

### ORDER DISALLOWING CLAIM NO. 1 FILED BY
### CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: August 7, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0222012 - 1

Page (2)
Debtor:       Elizabeth M. Convery
Case No.:     22-16516 (VFP)
Caption:      Order Disallowing Claim No. 1 Filed by Capital One Auto Finance, a Division of Capital One, N.A.

---

**THIS MATTER**, having been brought before the Court upon the motion filed by Charles M. Forman, the chapter 7 trustee (the "Trustee") for Elizabeth M. Convery (the "Debtor"), to disallow Claim No. 1 filed by Capital One Auto Finance, a Division of Capital One, N.A. (the "Claimant") pursuant to 11 U.S.C. §§105 and 502 and Fed. R. Bankr. P. 3007; and all parties in interest having received notice of the hearing and an opportunity to object; and the Court having considered all pleadings filed and the objections, if any; and for good cause shown, it is hereby

**ORDERED** that Claim No. 1 filed by the Claimant be and hereby is disallowed in its entirety.

F0222012 - 1