| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com |

**Order Filed on September 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Chapter 7 |
| ELIZABETH M. CONVERY, | Case No. 22-16516 (VFP) |
| Debtor. | Hon. Vincent F. Papalia |

## ORDER AUTHORIZING RETENTION OF
## SEAN RAQUET CPA, LLC AS ACCOUNTANTS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 11, 2024**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

F0225298 - 1

Debtor:     Elizabeth M. Convery
Case No.    22-16516 (VFP)
Caption:    Order Authorizing Retention of Sean Raquet CPA, LLC as Accountants

Upon the applicant's request for authorization to retain Sean Raquet CPA, LLC as accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  108 High Street, Suite A
   Hackettstown, New Jersey 07840

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the court.

F0225298 - 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                 Case No. 22-16516-VFP

Elizabeth M. Convery                                                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Sep 12, 2024                Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

**Recip ID**                **Recipient Name and Address**
db                          + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com<br>amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com<br>lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |

Case 22-16516-VFP    Doc 149    Filed 09/14/24    Entered 09/15/24 00:13:24    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | on behalf of Interested Party Brian Convery eperkins@becker.legal tcolombini@becker.legal;hbeggs@becker.legal |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| Justin Baumgartner | on behalf of Interested Party Brian Convery jbaumgartner@becker.legal tcolombini@becker.legal |
| Karl J. Norgaard | on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor David Repetto knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Myles Missirian | on behalf of Creditor Guaglardi & Meliti LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com |
| Richard D. Trenk | on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law averdugo@tisslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18