**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: 201-845-1000
Attorneys for Charles M. Forman, Esq.
Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

In Re:

ELIZABETH M CONVERY

Order Filed on December 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-16516 (VFP)

Hearing Date:

Judge: Vincent F. Papalia

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 18, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sean Raquet, CPA, LLC | $1,237.50 | $9.55 |

*rev.8/1/15*