Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−16516−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elizabeth M. Convery
    aka Elizabeth Mooney Convery
    455 Lebanon Street
    Wyckoff, NJ 07481

Social Security No.:
    xxx−xx−0732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        1/22/25
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Foman Holt, Trustee's Attorney,
period: 8/9/2023 to 11/27/2024

COMMISSION OR FEES
$52,545.00

EXPENSES
$2,435.48.

If this is a chapter 13 case, the fees and expenses awarded:

□        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

□        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.


Dated: December 17, 2024
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-16516-VFP

Elizabeth M. Convery                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 4

Date Rcvd: Dec 17, 2024                      Form ID: 137                              Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| aty | + | Formanlaw LLC d/b/a Foman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| intp | + | Brian Convery, c/o Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039 UNITED STATES 07039-1022 |
| cr | + | Guaglardi & Meliti, LLP, Guaglardi & Meliti, LLP, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662, UNITED STATES 07662-3013 |
| app | + | Jennifer M. Carpenter, 58 Mountain Avenue, Hawthorne, NJ 07506-3331 |
| r | + | Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| cr | + | Mary Stachowiak, c/o Shapiro Croland Reiser, Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601-6328 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 520220405 | + | Convery 2008 Family Trust, Richard D. Trenk, Esq., Trenk Isabel Siddiqi & Shahdanian P.C., 290 W. Mt. Pleasant Ave., Suite 2370, Livington, NJ 07039-2767 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519741876 | + | Mary Stachowiak, c/o Shapiro Croland Reiser Apfel & Di Io, 411 Hackensack Avenue - 6th Floor, Hackensack, NJ 07601-6328 |
| 519684255 | + | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520412099 | + | the United States Trustee, ATTN: Robert J. Schneider, Jr., Esq., Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2024 20:49:09 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: BNC@magtrustee.com | Dec 17 2024 20:46:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Dec 17 2024 20:45:00 | Sean Raquet, 108 High Street, Suite A, Hackettstown, NJ 07840-1936 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | Dec 17 2024 21:01:31 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2024 20:45:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |

District/off: 0312-2                         User: admin                                    Page 2 of 4

Date Rcvd: Dec 17, 2024                      Form ID: 137                                    Total Noticed: 51

| | | | |
|---|---|---|---|
| 519684236 | + Email/Text: creditcardbkcorrespondence@bofa.com | Dec 17 2024 20:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 17 2024 20:45:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684238 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 17 2024 20:45:00 | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 20:49:41 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 17 2024 20:49:08 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2024 20:49:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2024 21:16:31 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519711775 | + Email/PDF: ebn_ais@aisinfo.com | Dec 17 2024 20:49:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684241 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 21:15:13 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 20:49:10 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 20:49:26 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2024 20:46:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2024 20:46:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + Email/Text: mrdiscen@discover.com | Dec 17 2024 20:44:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2024 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2024 20:49:29 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 519684252 | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2024 20:44:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 20:46:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684256 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 17 2024 20:44:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 20:49:41 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 20:49:10 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 20:49:03 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519684261 | + Email/Text: bankruptcy@td.com | Dec 17 2024 20:46:00 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684260 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2024 20:46:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519740576 | | Claire J. Mooney, Individually and as Beneficiary |
| 519740608 | | Estate of John J. Mooney |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | on behalf of Interested Party Brian Convery eperkins@becker.legal tcolombini@becker.legal;hbeggs@becker.legal |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |
| Justin Baumgartner | on behalf of Interested Party Brian Convery jbaumgartner@becker.legal tcolombini@becker.legal |
| Karl J. Norgaard | on behalf of Creditor John Conte knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |

District/off: 0312-2                          User: admin                                    Page 4 of 4
Date Rcvd: Dec 17, 2024                     Form ID: 137                              Total Noticed: 51

Karl J. Norgaard
on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Richard D. Trenk
on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law  averdugo@tisslaw.com

Robert J. Schneider
on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 19