| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845- 1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on January 22, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ELIZABETH M. CONVERY,<br><br>                                       Debtor. | Chapter 7<br><br>Case No. 22-16516 (VFP)<br><br>Hon. Vincent F. Papalia<br><br>Hearing Date: January 22, 2025<br>Hearing Time: 2:00 p.m. |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF FORMAN HOLT, ATTORNEYS TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND  REIMBURSEMENT OF EXPENSES

The relief set forth on the following page, numbered two (2), be and hereby is **ORDERED.**

**DATED: January 22, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

F0234788 - 1

Page (2)
Debtor:       Elizabeth M. Convery
Case No.:   22-16516 (VFP)
Caption:     Order Granting First and Final Application of Forman Holt, Attorneys to the Trustee, for Allowance of Compensation and Reimbursement of Expenses

**THIS MATTER**, having been opened to the Court upon the Application of Formanlaw LLC d/b/a Forman Holt ("Applicant"), attorneys for Charles M. Forman, the chapter 7 trustee (the "Trustee") for Elizabeth M. Convery (the "Debtor"), for first and final compensation and reimbursement of expenses pursuant to 11 U.S.C. §330 and 331; and the Court having considered the Application and all objections thereto, if any; and notice and opportunity for a hearing having been given to all creditors and parties in interest pursuant to Fed. R. Bankr. P. 2002; and for good cause shown, it is hereby

**ORDERED** that Forman Holt be and hereby is awarded first and final compensation for services rendered in the amount of $ 52,545.00 and reimbursement of expenses in the amount of $ 2,435.48 .

F0234788 - 1