Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−16516−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Convery
   aka Elizabeth Mooney Convery
   455 Lebanon Street
   Wyckoff, NJ 07481

Social Security No.:
   xxx−xx−0732

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:        August 5, 2025
TIME:        02:00 PM
LOCATION:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $865,642.35
TOTAL DISBURSEMENTS:   $767,312.35
BALANCE ON HAND:       $98,330.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Charles M. Forman, Chapter 7 Trustee

COMMISSION OR FEES
$37,839.09

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: July 2, 2025
JAN: mlc

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 22-16516-VFP
Elizabeth M. Convery     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Jul 02, 2025     Form ID: 192     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| intp | + | Brian Convery, c/o Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039 UNITED STATES 07039-1022 |
| cr | + | Guaglardi & Meliti, LLP, Guaglardi & Meliti, LLP, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662, UNITED STATES 07662-3013 |
| app | + | Jennifer M. Carpenter, 58 Mountain Avenue, Hawthorne, NJ 07506-3331 |
| r | + | Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| cr | + | Mary Stachowiak, c/o Shapiro Croland Reiser, Apfel & Di, 411 Hackensack Avenue, 6th Floor, Hackensack, NJ 07601-6328 |
| 519708644 | + | Brain Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020 |
| 519684244 | + | Claire J. Mooney individually, and as a beneficiary of the Estate of Jo, 85 Colgate Avenue, Wyckoff, NJ 07481-3001 |
| 520220405 | + | Convery 2008 Family Trust, Richard D. Trenk, Esq., Trenk Isabel Siddiqi & Shahdanian P.C., 290 W. Mt. Pleasant Ave., Suite 2370, Livington, NJ 07039-2767 |
| 519708645 | + | Convery 2008 Family Trust, 205 Hillside Avenue, Allendale, NJ 07401-1432 |
| 519684248 | + | Guaglardi & Meliti, LLP, Denise M. Edwards, 365 West Passaic Street, Suite 130, Rochelle Park, NJ 07662-3013 |
| 519708646 | + | Harwood Lloyd, LLC, The Lawyer for the Estate David Repetto, 130 Main Street, Hackensack, NJ 07601-7102 |
| 519684249 | | Hellring, Lindeman, Goldstein & Siegal, Sheryl E. Koomer, Esq., One Gateway Center, Clifton, NJ 07012 |
| 519684253 | + | Macy's Inc./Department Stores National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 519741876 | + | Mary Stachowiak, c/o Shapiro Croland Reiser Apfel & Di Io, 411 Hackensack Avenue - 6th Floor, Hackensack, NJ 07601-6328 |
| 519684262 | + | Williams-Sonoma Taps Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520412099 | + | the United States Trustee, ATTN: Robert J. Schneider, Jr., Esq., Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 02 2025 20:58:25 | Formanlaw LLC d/b/a Foman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 21:12:05 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: BNC@magtrustee.com | Jul 02 2025 21:04:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Jul 02 2025 21:03:19 | Sean Raquet, 108 High Street, Suite A, Hackettstown, NJ 07840-1936 |
| 519684234 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 21:12:01 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519684235 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

Case 22-16516-VFP    Doc 162    Filed 07/04/25    Entered 07/05/25 00:15:35    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: 192 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 02 2025 21:03:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 519684236 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2025 21:03:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519684237 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 02 2025 21:03:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684238 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 02 2025 21:03:00 | Barclays Bank/Gap, Po Box 8803, Wilmington, DE 19899-8803 |
| 519684239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 21:13:11 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684240 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 02 2025 21:13:22 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519687477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 21:14:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 21:12:03 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519711775 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 02 2025 21:14:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 21:12:56 | Capital One/Lord & Taylor, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519684242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 21:12:07 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519684243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 21:13:20 | Citicards Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519684245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2025 21:03:00 | Comenity Bank/Ann Taylor MasterCard, Po Box 182789, Columbus, OH 43218-2789 |
| 519684246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2025 21:03:00 | Comenity Bank/Companies, Po Box 182789, Columbus, OH 43218-2789 |
| 519684247 | + | Email/Text: mrdiscen@discover.com | Jul 02 2025 21:03:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519684250 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2025 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684251 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2025 21:13:27 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 519684252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 21:11:41 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519684254 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 02 2025 21:04:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519684255 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 02 2025 21:04:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519701427 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 02 2025 21:04:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519684256 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 02 2025 21:03:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519684257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2025 21:13:17 | Synchrony Bank/CareCredit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519684258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2025 21:25:00 | Synchrony Bank/Gap, Inc., Po Box 965005, Orlando, FL 32896-5005 |
| 519684259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: 192 | Total Noticed: 51 |

|  |  |  | Jul 02 2025 21:12:21 | Synchrony Bank/PayPal Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
|---|---|---|---|---|
| 519684261 | + | Email/Text: bankruptcy@td.com | Jul 02 2025 21:04:00 | TD Bank, N.A., Po Box 1448, Greenville, SC 29602-1448 |
| 519684260 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2025 21:03:00 | Talbots, 175 Beal Street, Hingham, MA 02043-1512 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519740576 |  | Claire J. Mooney, Individually and as Beneficiary |
| 519740608 |  | Estate of John J. Mooney |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025                     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cassandra C. Norgaard | on behalf of Creditor John Conte cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | on behalf of Interested Party Brian Convery EPerkins@hlgslaw.com tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com |
| John P. Di Iorio | on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 02, 2025 | Form ID: 192 | Total Noticed: 51 |

Justin Baumgartner
    on behalf of Interested Party Brian Convery jbaumgartner@rltlawfirm.com  rgaydos@rltlawfirm.com

Karl J. Norgaard
    on behalf of Creditor John Conte knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard
    on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Myles Missirian
    on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Richard D. Trenk
    on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law  averdugo@tisslaw.com

Robert J. Schneider
    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19