**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

Order Filed on August 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth M Convery

CHAPTER 7
CASE NO. 22-16516-VFP

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2025, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $ 37,839.09 is reasonable compensation for the services in this case by Charles M. Forman, Chapter 7 Trustee, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $ 0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**DATED: August 11, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**