UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FORMAN HOLT
365 West Passaic St.
Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Charles M. Forman, Trustee
Charles M. Forman, Esq. (CMF-8937)

In Re:

Elizabeth M. Convery,

                Debtor.

Case No.:  22-16516 (VFP)

Chapter:  7

Judge:  Vincent F. Papalia

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Charles M. Forman, trustee in the above captioned matter, states that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of $15,479.19, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Claire J. Mooney, Individually and as sole beneficiary of the Estate of John J. Mooney<br>c/o Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 | $15,479.19 |

Date:  January 12, 2026

                                                    */s/ Charles M. Forman*
                                                    Chapter 7 Trustee