UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Estate of Claire Mooney (deceased), Mary
Stachowiak executor.

34 Highlander Dr.
Scotch Plains, NJ 07076
908-868-9328
stachowiakm@comcast.net

Order Filed on May 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth M. Convery,
                    Debtor.

Case No.:  22-16516 (VFP)

Chapter:  7

Judge:  Vincent F. Papalia

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: May 8, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

On 03-30-2026 _____, an application was filed for the

Claimant(s), Mary Stachowiak executor _____, for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 15,479.19 _____ held in

unclaimed funds be made payable to  Mary Stachowiak exec. E/O Claire Mooney _____

and be disbursed to the payee at the following address:

34 highlander Dr _____

Scotch Plains, NJ 07076 _____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

rev. 5/19/2025