UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| Caption in Compliance with D.N.J. LBR 9004-1(b) |
|---|
| The Estate of Claire Mooney (deceased), Mary Stachowiak executor.<br><br>34 Highlander Dr.<br>Scotch Plains, NJ 07076<br>908-868-9328<br>stachowiakm@comcast.net |

**Order Filed on May 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Elizabeth M. Convery,
                    Debtor.

Case No.:  22-16516 (VFP)

Chapter:  7

Judge:  Vincent F. Papalia

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: May 8, 2026**

Vincent F. Papalia

Honorable Vincent F. Papalia
United States Bankruptcy Judge

On _03-30-2026_____, an application was filed for the

Claimant(s), _Mary Stachowiak executor_____, for payment of unclaimed funds

deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting

documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is

hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $_15,479.19_____ held in

unclaimed funds be made payable to _Mary Stachowiak exec. E/O Claire Mooney_____

and be disbursed to the payee at the following address:

34 highlander Dr_____

Scotch Plains, NJ 07076_____

_____

_____

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

*rev. 5/19/2025*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-16516-VFP

Elizabeth M. Convery                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID                Recipient Name and Address**
db                          + Elizabeth M. Convery, 455 Lebanon Street, Wyckoff, NJ 07481-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name                                Email Address**

Cassandra C. Norgaard

    on behalf of Creditor John Conte cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Cassandra C. Norgaard

    on behalf of Creditor David Repetto cnorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com

Charles M. Forman

    cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman

    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Eric R. Perkins

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: May 08, 2026        Form ID: pdf903        Total Noticed: 1

                 on behalf of Interested Party Brian Convery EPerkins@hlgslaw.com
tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

John P. Di Iorio

                 on behalf of Plaintiff Mary Stachowiak jdiiorio@shapiro-croland.com

John P. Di Iorio

                 on behalf of Creditor Mary Stachowiak jdiiorio@shapiro-croland.com

Justin Baumgartner

                 on behalf of Interested Party Brian Convery jbaumgartner@rltlawfirm.com  rgaydos@rltlawfirm.com

Karl J. Norgaard

                 on behalf of Plaintiff Claire Mooney knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

                 on behalf of Creditor David Repetto knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

                 on behalf of Plaintiff Mary Stachowiak knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Karl J. Norgaard

                 on behalf of Creditor John Conte knorgaard@norgaardfirm.com
amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com

Kimberly J. Salomon

                 on behalf of Trustee Charles M. Forman ksalomon@askllp.com  vweber@askllp.com

Kimberly J. Salomon

                 on behalf of Plaintiff Charles M. Forman ksalomon@askllp.com  vweber@askllp.com

Matthew K. Fissel

                 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

Myles Missirian

                 on behalf of Creditor Guaglardi & Meliti  LLP mmissirian@adgmlaw.com, mmissirian@adgmlaw.com

Richard D. Trenk

                 on behalf of Interested Party Convery 2008 Family Trust rtrenk@trenkisabel.law
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law

Robert J. Schneider

                 on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee

                 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 19